AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District Of Texas
FILED
SEP 02 2019
David J. Bradley, Clerk

United States of America
v.

Napoleon POSADAS (YOB:1969) POB: U.S.

Defendant(s)

Case No. M-19-2107-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   9/1/2019   in the county of Victoria   in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 117.4 kilograms of cocaine, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 2, 2019

(Continue on Attachment I)

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:
Approved by: Kristen Rees  @ 10:11PM
/s/t

Sworn to before me and signed in my presence.

Date:   9/2/2019

City and state: McAllen, Texas

/S/ John Henson
*Complainant's signature*

John Henson, DEA/SA
*Printed name and title*

*Judge's signature*

J. Scott Hacker, Magistrate Judge
*Printed name and title*

Attachment I

In early 2017, agents received information from a cooperating defendant concerning Napoleon POSADAS. The cooperating defendant stated that POSADAS was actively utilizing his trucking company, Sienna Carriers, to transport kilogram amounts of cocaine. The cooperating defendant identified a picture of POSADAS and stated that he would personally drive narcotics laden tractor trailers to various U.S. cities

On August 15, 2019, agents received information that a reefer trailer, bearing Texas License Plate 150C354, possibly contained an aftermarket hidden compartment built into the reefer unit. The reefer is registered to Neopolian POSADAS at P.O. Box 614, Edcouch, TX, and is a reefer for Sienna Carriers.

On September 1, 2019, at approximately 4:30 PM, a Texas Department of Public Safety (DPS) trooper conducted an independent probable cause traffic stop, in Victoria, TX, on a Sienna Carriers tractor truck, bearing Texas License Plate R430977, which was pulling the aforementioned reefer trailer bearing Texas License Plate 150C354. The truck was traveling northbound, from the McAllen, TX area. The sole occupant and driver of the tractor trailer, Napoleon POSADAS, granted consent to search the truck and trailer. During a search of the vehicle, officers discovered 100 bricks, weighing approximately 117.4 kilograms, of suspected cocaine, concealed within an aftermarket concealed compartment within the reefer unit of the trailer. The shape of the bricks, along with the weight and apparent stamp markings on the bricks, are consistent with cocaine. Agents conserved the evidence for drug analysis.

POSADAS is the registered owner of both the truck and trailer as well as the owner of the company, Sienna Carriers.

At this time, POSADAS was placed under arrest by DPS. POSADAS was transported to the Texas DPS office, where DPS agents read POSADAS his Miranda warnings. POSADAS stated that he wished to have his lawyer present for any questioning.